IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POONAM SRIVASTAVA, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-2568 |
| THE GUARDIAN LIFE INSURANCE | : | |
| COMPANY OF AMERICA | : | |

### ORDER

AND NOW, this 3rd day of August, 2015, upon consideration of plaintiff's motion for summary judgment (paper no. 22), defendant's motion for summary judgment (paper no. 24), the administrative record, and oral argument on the parties' motions for summary judgment, it is **ORDERED** that:

1. Defendant's motion for summary judgment (paper no. 24) is **GRANTED**.

2. Plaintiff's motion for summary judgment (paper no. 22) is **DENIED**.

3. This action is **DISMISSED** and the Clerk of Court shall mark this action **CLOSED**.

/s/ Norma L. Shapiro
J.